UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN R. BOWIE,

    Plaintiff,

vs.

Case No. 05-CV-74411
HON. GEORGE CARAM STEEH

CITY OF LIVONIA et al.,

    Defendants.

_____/

## JUDGMENT

Pursuant to the court's order of even date granting the Defendants' motion for summary judgment,

IT IS ORDERED AND ADJUDGED that plaintiff John R. Bowie's federal claims of constitutional violations actionable under 42 U.S.C. § 1983, concert of action, and civil conspiracy as set forth in Counts I, II, and III are hereby DISMISSED with prejudice. Bowie's state law claims of assault and battery, concert of action, civil conspiracy, and intentional infliction of emotional distress as set forth in Counts I, II, III, and IV are hereby DISMISSED without prejudice.

    SO ORDERED

    Dated at Detroit, Michigan, July 17, 2007

                                 DAVID J. WEAVER
                                 CLERK OF THE COURT

                                 BY: s/Josephine Chaffee
                                     DEPUTY COURT CLERK

CERTIFICATE OF SERVICE

Copies of this Judgement were served upon attorneys of record on July 17, 2007, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk